1  KIRKMAN J. HOFFMAN, ESQ.
   Attorney at Law, #148663
2  2021 The Alameda, #275
   San Jose, CA 95126
3  Tel (408) 241-9620
   Fax (408) 24-9624
4
5  Attorney for Defendant,
   DREAMSKY INVESTMENTS LLC



3/21/2013

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HOANG AND DANIEL X. HOANG, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A.; DREAMSKY INVESTMENTS LLC; DEUTSCHE BANK NATIONAL TRUST COMPANYL CALIFORNIA RECONVEYANCE COMPANY; DOES 1-100, <br><br> Defendants. | Case No.: 13-CV-00582-EJD <br><br> **STIPULATION AND ORDER TO SHORTEN TIME AND ADVANCE HEARING DATE ON DEFENDANT DREAMSKY INVESTMENTS LLC'S MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS** <br><br> *[Local Civil Rules 6-1,6-2,and 7-12]* <br><br> Hearing Date:   7/5/13 <br> Hearing Time: 9:00 a.m. <br> Courtroom 4, 5th Floor <br> Hon.  Edward J. Davila |

### STIPULATION AND ORDER TO SHORTEN TIME AND ADVANCE HEARING DATE ON MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS

COME NOW THE PARTIES TO THE ABOVE-CAPTIONED ACTION, Plaintiffs SUSAN B. HOANG and DANIEL X. HOANG (herein, "Plaintiffs"), with and through their attorney of record, Michael James Yesk, and the Defendant DREAMSKY INVESTMENTS

STIPULATION AND ORDER
SHORTENING TIME AND ADVANCING                    1
HEARING ON MOTIONS TO DISMISS AND EXPUNGE

LLC (herein "Defendant"), with and through its attorney of record, Kirkman J. Hoffman, who mutually stipulate and agree to shorten time and advance the date on the hearing of Defendant's Motion to Dismiss and Motion Expunge Lis Pendens, as follows:

1. Defendant's Motion to Dismiss and Motion to Expunge Lis Pendens, on file in this action and currently set for hearing at 9:00 a.m. on 7/5/13, shall be advanced and reset for hearing on 4/12/13 at 9:00am , or as soon thereafter as such motions may be heard, in Dept. 4 of this Court, pursuant to this Stipulation and Order.

2. Plaintiffs shall have 14 days from the filing of Defendant's motions on 3/11/13 (i.e., until 3/25/13) to file and serve any Opposition to such motions, and Defendant shall have seven (7) days from the filing and service of such Opposition to file any Reply.

APPROVED AS TO FORM AND CONTENT:

Dated:  3/19/13         By  *Kirkman J. Hoffman*_____
                        KIRKMAN J. HOFFMAN, as Attorney
                        For Defendant DREAMSKY INVESTMENTS LLC

Dated:  3/19/13         By  *Michael James Yesk*_____
                        MICHAEL JAMES YESK, as Attorney for Plaintiffs

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

The Ex Parte application (Docket Item no. 14) is terminated as MOOT.

Dated: 3/21/2013         _____
                         U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER                    2
SHORTENING TIME AND ADVANCING
HEARING ON MOTIONS TO DISMISS AND EXPUNGE